# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3283
LT Case No. 2018-CF-001532-B

_____

JORGE ADRIAN MONTANEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Melanie Freeman Chase, Judge.

Laura L. Cepero and William R. Ponall, of Ponall Law, Maitland,
for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee D.
Tatman, Assistant Attorney General, Daytona Beach, for
Appellee.

December 4, 2025

PER CURIAM.

AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____